1  **GUTRIDE SAFIER LLP**
   SETH A. SAFIER (State Bar No. 197427)
2  100 Pine Street, Suite 1250
   San Francisco, CA 94111
3  Telephone: (415) 336-6545
4  Facsimile:  (415) 449-6469

5  Attorneys for Plaintiff

6                  UNITED STATES DISTRICT COURT

7                  NORTHERN DISTRICT OF CALIFORNA

8

9  | ELENA LAUCHUNG-NACARINO, as an individual, on behalf of herself, the general public and those similarly situated, | CASE NO. 3:20-cv-05971-SK |
   |---|---|
   | Plaintiff, | STIPULATION OF DISMISSAL |
   | v. | |
   | HOSTESS BRANDS, INC; and HOSTESS BRANDS, LLC | |
   | Defendants. | |

## **STIPULATION**

The parties, Plaintiff ELENA LAUCHUNG-NACARINO ("Plaintiff") and Defendants HOSTESS BRANDS, INC; and HOSTESS BRANDS, LLC (collectively, "HOSTESS"), submit this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff and HOSTESS (collectively the "Parties") stipulate that all of Plaintiff's individual claims brought in this litigation are fully resolved and hereby dismissed with prejudice. The Parties further stipulate that all putative class member claims are dismissed without prejudice. Each party shall bear its own attorneys' fees and costs.

Dated:  February 19, 2021

SHOOK, HARDY & BACON L.L.P.
/s/Naoki S. Kaneko/s/
By:_____
Naoki S. Kaneko

Attorneys for Defendants
Hostess Brands, LLC and
Hostess Brands, Inc.

Dated:  February 19, 2021

GUTRIDE SAFIER LLP

/s/Seth Safier/s/
By_____
Seth A. Safier
Todd Kennedy

Attorneys for Plaintiff
Elena Lauchung-Nacarino

## **ATTESTATION**

In accordance with Local Civil Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: February 19, 2021

*/s/Seth Safier/s/*
Seth Safier, Esq.
**GUTRIDE SAFIER LLP**

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is and remains DISMISSED WITH PREJUDICE as to all Plaintiff's claims, causes of action, and parties and WITHOUT PREJUDICE as to all putative class member claims, with each party bearing their own attorneys' fees and costs. The Clerk is directed to close the file.

DATED: _____            _____
                                  Hon. Sallie Kim